1  AARON D. FORD
    Attorney General
2  DENNIS W. HOUGH, Bar No. 11995
   Deputy Attorney General
3  State of Nevada
   Public Safety Division
4  100 N. Carson Street
   Carson City, Nevada 89701-4717
5  Tel: (775) 684-1254
   E-mail: dhough@ag.nv.gov

6
   *Attorneys for Defendant*
7  *Amber Fryer*

8                    **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10  EUGENE COINS, JR.,
                                        Case No. 3:17-cv-00090-MMD-CBC
11                 Plaintiff,
                                        **MOTION FOR EXTENSION OF TIME TO**
12  v.                                  **SERVE DISCOVERY RESPONSES TO**
                                        **PLAINTIFF'S INTERROGATORIES**
13  FRYE, et al.,                       **(SET ONE) (First Request)**

14                 Defendants.

15         Defendant, Amber Fryer, by and through counsel, Aaron D. Ford, Attorney General of the State

16  of Nevada, and Dennis W. Hough, Deputy Attorney General, hereby submit this Motion for Extension of

17  Time to Serve Discovery Responses to Plaintiff's Interrogatories, set one, (First Request).  This Motion

18  is based on Federal Rule of Civil Procedure 6(b)(1)(A), the following Memorandum of Points and

19  Authorities, and all papers and pleadings on file in this action.

20                 **MEMORANDUM OF POINTS AND AUTHORITIES**

21  I.    **ARGUMENT**

22         Defendant respectfully requests a fourteen (14) day extension of time out from the current

23  deadline of August 21, 2019, to serve responses to Plaintiff's Interrogatories, set one, in this case.

24  Counsel for Defendant is confronted with numerous competing deadlines and a high workload due to

25  staffing changes in the Office of the Attorney General.

26  / / /

27  / / /

28  / / /

                                            1

1   However, such obstacles are currently being resolved and the requested extension of time should afford

2   Defendant adequate time to serve discovery responses in this case.

3      Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

4      When an act may or must be done within a specified time, the court may, for
good cause, extend the time: (A) with or without motion or notice if the court

5      acts, or if a request is made, before the original time or its extension expires; or
(B) on motion made after the time has expired if the party failed to act because of

6      excusable neglect.

7   Defendant's request is timely and its limited nature will not hinder or prejudice Plaintiff's case, but will

8   allow for thorough responses to Plaintiff's discovery requests.   The requested fourteen (14) day

9   extension of time should permit Defendant time to adequately research and respond to Plaintiff's

10   discovery requests.  Defendant asserts that the requisite good cause is present to warrant the requested

11   extension of time.

12      For these reasons, Defendant respectfully requests a fourteen (14) day extension of time from

13   the current deadline to serve discovery responses in this case, with a new deadline to and including

14   Wednesday, September 4, 2019.

15      DATED this 21st day of August 2019.

16      AARON D. FORD
Attorney General

17

18      By:

19      DENNIS W. HOUGH
Deputy Attorney General

20      *Attorneys for Defendants*

21

22

23      IT IS SO ORDERED

24

25      U.S. MAGISTRATE JUDGE

26      DATED: 8/22/2019

27

28

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 21st day of August, 2019, I caused to be deposited for mailing a true and correct copy of the foregoing, **MOTION FOR EXTENSION OF TIME TO SERVE DISCOVERY RESPONSES TO PLAINTIFF'S INTERROGATORIES (SET ONE) (First Request)**, to the following:

Eugene Coins, #87350
Warm Springs Correctional Center
P.O. Box 7007
Carson City, NV 89702


An employee of the
Office of the Attorney General

3