UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EUGENE COINS, JR.,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>FRYE,<br><br>　　　　　　　　　Defendant. | Case No. 3:17-cv-00090-MMD-CLB<br><br>ORDER |

　　This matter is referred to the Court for the limited purpose of determining whether Plaintiff's *in forma pauperis* status should continue on appeal. (ECF No. 85.) This Court certifies that Plaintiff's appeal from its order of dismissal would be frivolous or would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3). Plaintiff's *in forma pauperis* status should be revoked on appeal. *See Hooker v. American Airlines,* 302 F.3d 1091, 1092 (9th Cir. 2002) (stating in pertinent part that revocation of *in forma pauperis* status is appropriate where the district court finds the appeal to be frivolous) (citation omitted).

　　DATED THIS 19th Day of October 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE